2:26-cv-00013-TOR

David Lanfor
PO Box 4784
Wenatchee, WA 98807
Phone: 619-997-8681
Email: DavidLanfor@gmail.com

**Date:** January 09, 2026

**Clerk of the Court**
United States District Court
Eastern District of Washington
PO Box 1493
Spokane, WA 98807

**Re: New Civil Filing – Pro Se Plaintiff**

Dear Clerk of the Court,

Please accept the enclosed documents for filing in the above-referenced matter. I respectfully request that the Clerk file and process the following materials:

1. **Complaint for Damages**
2. **Civil Cover Sheet (JS-44)**
3. **Summons in a Civil Action (AO 440)** – three (3) originals for issuance
4. **Pro Se Motion for Electronic Filing Authorization (NextGen CM/ECF)**

Also enclosed is a **money order in the amount of $405.00** for the civil filing fee.

For return, I have enclosed a **postage-prepaid, self-addressed envelope** and respectfully request that the Clerk return:

- Two (2) **conformed copies of the Complaint,**
- The **issued summonses,** and
- A **conformed copy of the Motion for Electronic Filing Authorization.**

If there are any questions, deficiencies, or additional requirements, please feel free to contact me by telephone at **619-997-8681** or by email at **DavidLanfor@gmail.com.**

Thank you for your time and assistance.

Respectfully submitted,

**David Lanfor**
Pro Se Plaintiff