AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 10, 2026**

SEAN F. McAVOY, CLERK

|   |   |   |
|---|---|---|
| DAVID LANFOR, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:26-CV-0013-TOR |
| | ) | |
| WENATCHEE VALLEY COLLEGE, Ph.D. FAIMOUS HARRISON, Ph.D. DIANA GARZA, DOES 1-5., | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   Defendants' Motion to Dismiss (ECF No. 13) is GRANTED IN PART. All claims against Wenatchee Valley College are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Thomas O. Rice

Date:   6/10/2026

CLERK OF COURT

s/Sean F. McAvoy
_____
*Signature of Clerk*